**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    12-cr-00190-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  Juan Garcia,

    Defendant.

---

## ORDER FOR TIME SERVED

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on April 24, 2014, it is hereby

ORDERED that Defendant Juan Garcia is sentenced to **TIME SERVED.**

Dated:   April 24, 2014.

                    BY THE COURT:

                    /s/   R. Brooke Jackson
                    R. BROOKE JACKSON,
                    UNITED STATES DISTRICT JUDGE